[No. 5248–1. Division One. November 27, 1978.]

ALBERT F. DuLONG, *Respondent*, v. CLARK WEEMS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 49714, Jack S. Kurtz, J., entered November 16, 1976. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris, C.J., and Dore, J.

[No. 5649–1. Division One. November 27, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY P. RECHICHI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79080, Charles R. Denney, J. Pro Tem., entered May 16, 1977. *Affirmed* by unpublished opinion per Andersen, A.C.J., concurred in by James and Dore, JJ.

[No. 5667–1. Division One. November 27, 1978.]

THE STATE OF WASHINGTON, *Appellant*, v. ANDRE DAVIS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 78727, Erle W. Horswill, J., entered May 20, 1977. *Reversed* by unpublished opinion per Ringold, J., concurred in by Farris, C.J., and James, J.